UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:14-cv-62911-JIC

JAMES MEARS, Individually,

    Plaintiff,

vs.

REALTY INCOME PROPERTIES, INC.,

    Defendant.

_____/

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, James Mears, and Defendant, Realty Income Properties, Inc., pursuant to Rule 41(a) Fed.R.Civ.P., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice with each side to bear its own costs and attorneys' fees.

Dated this 31st day of July, 2015.

| | |
|---|---|
| /s/: Kenneth L. Minerley | /s/ Philip Michael Cullen, III |
| Kenneth L. Minerely | Philip Michael Cullen, III |
| Fla. Bar Number: 521840 | Fla. Bar Number: 167853 |
| MINERLEY FEIN, P.A | THOMAS BACON, P.A. |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| 1200 N. Federal Highway, Suite 420 | 621 South Federal Highwaym Suite 4 |
| Boca Raton, Florida 33432 | Fort Lauderdale, Florida 33301 |
| Tele: (561) 362-6699 | Tele: (954) 462-0600 |
| Fax: (561) 447-9884 | Fax: (954) 462-1717 |
| Primary Email: | Primary Email: |
| Ken@minerleyfein.com | Cullen@thomasbaconlaw.com |
| Secondary Email: | |
| Litigation@minerleyfein.com | |
| Fileclerk@minerleyfein.com | |