UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62911-CIV-COHN/SELTZER

JAMES MEARS,

    Plaintiff,

v.

REALTY INCOME PROPERTIES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Stipulation for Voluntary Dismissal with Prejudice [DE 17]. Because the parties have dismissed this action with prejudice, the Clerk is directed to **CLOSE** the case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of August, 2015.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF